UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DANIEL RODRIGUEZ, on behalf of himself and all others similarly situated,

                           Plaintiff,

-v.-

WHAT COMES AROUND GOES AROUND, LLC

                           Defendants.
---------------------------------------------------------------x

Civil Action No:
1:22-cv-7075

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, What Comes Around Goes Around, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 9, 2023

| For Plaintiff Daniel Rodriguez | For Defendant What Comes Around Goes Around, LLC |
|---|---|
| /s/ Mark Rozenberg<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | /s/ Sarah M. Lightdale<br>Sarah M. Lightdale<br>Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Ph: (212) 479-6374<br>slightdale@cooley.com |

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 11/9/23

1